One year (50 issues) Payable in Advance.......$15.00
Single Numbers ............................... .35

Chief Editor and Bus. Mgr., Jay F. Laning

Circulation Manager, Sam H. Torrey

THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave. Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### THE ABSTRACT FOR THIS SUMMER

June is practically the closing month of the judicial year of 1926-1927. The activities of most of the courts are now at high tide, and the work of clearing the dockets is being strenuously pushed by bench and bar. Every judge and practicing attorney now has in mind the long summer and early fall hiatus, or gap in judication, produced by the coming close of court sessions, and is now preparing for or thinking about the probable cessation of trial business during this lull sure to be experienced.

But this situation is not worrying the Abstract publishers. Most practitioners can take a rest during this sort of a holiday, but the paper must be published as usual.

What is more, when courts close down there is a dearth of opinions. But they have learned to provide in advance for this lean period, so as not to be affected by it. Out of the abundance of court opinions that have reached us, recently, there have been some incomplete or unready for publication that will be worked out, and some have been belated by overwork of reporters that will now be forthcoming.

This will be made the Abstract's clean-up period, and to cover everything, possibly additional pages may be required. But when September comes, and courts begin to deliver opinions again, every vestige of previous case law obtainable will have appeared in its columns. While some of the cases published will have been decided anteriorly, yet an older case is generally as good a precedent as one of later date. We will thus be able without remittitur to keep the bar supplied with plenty of food for reflection, and consideration in view of getting ready for the opening of the Autumn assizes.

## No. 426

No. 20316—Justice H. Uncapher v. Ray Curl et al. Error to the Court of Appeals of Morrow County.

1053. ROADS & HIGHWAYS — County Commissioners must provide right of way for widening inter-county highway being built by state and under 1191 GC. et seq., and are authorized by 1201 GC. to pay the owner or owners the value of land so taken.

DAY, J.

When in the construction of an inter-county highway by state aid under Sections 1191, et seq., General Code, it becomes necessary to widen the existing highway by taking property of an adjoining land owner, the commissioners of the county in which such highway is located must provide the requisite right of way for such deviation from the boundaries of the existing highway, and are authorized by Section 1201, General Code, to pay "the owner or owners of such land or property as may be necessary for such change or alteration" the value of such land or property so taken.

Judgment reversed.

Marshall, CJ., Allen, Robinson, Jones and Matthias, JJ., concur.